

**SO ORDERED,**

*Judge Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

IN RE:

BORIS HUDSON and                                              CASE NO. 19-13536-SDM

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay and Codebtor Stay filed on behalf of Capital One Auto Finance, a division of Capital One, N.A. (hereinafter "Movant"), (DK#25), and Movant represented to the Court that it served the Motion in accordance with all applicable rules, and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 and Codebtor Stay of Section 1301 of the Bankruptcy Code is hereby terminated as to Movant, as to one (1) 2015 NISSAN Rogue Utility 4D SV 2WD I4, VIN KNMAT2MT2FP589919.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

### ###END OF ORDER###

Order Submitted by:
WESLEY H. BLACKSHER BAR103026
blacksherw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015